UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 12-45-DLB-EBA
CIVIL ACTION NO. 19-84-DLB-EBA

UNITED STATES OF AMERICA                                          PLAINTIFF

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

JOHNATHAN SEXTON                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the July 8, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 150), wherein he recommends that Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 148) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)      The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 150) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)      The Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 148) is hereby **DENIED**;

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 150), the court determines there would be no arguable merit for an appeal in this matter and, therefore, **NO CERTIFICATE OF APPEALABILITY SHALL ISSUE**; and

(4) A separate Judgment will be filed concurrently herewith.

This 15th day of August, 2019.

Signed By:
*David L. Bunning*  DB
United States District Judge